AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | )  |
|---|---|
| PREMIUM SPORTS INC., | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 5:16-CV-101-Oc-30PRL |
| | ) |
| Rebecca Roland, et al, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* REBA'S STEAKHOUSE LLC, d/b/a DEVENNEY'S IRISH PUB
Registered Agent for Reba's Steakhouse LLC:
Rebecca Roland
240 Summer Place Loop
Clermont, FL 34714      Our File No. PSI15-18FL-01

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Liana Rothstein Hood, Esq.
Adams Rothstein & Siegel, P.A.
4417 Beach Blvd, Suite 104
Jacksonville, FL 32207
Tel. (904)398-1419

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* SHERYL L. LOESCH

Date: 2/26/16

*Signature of Clerk or Deputy Clerk*